United States District Court
District of Maine

Jonathan Lee Riches©,
Plaintiff
v.
Jamie Lynn Spears d/b/a Zoey 101, Casey Aldridge,
Defendants

Civil No:

### Complaint

Moves under 42 USC 1983. I seek $10 million. I'm whistleblowing, Mr. Aldridge needs to be arrested on federal child molestation charges. He's 18, Spears is 16. Aldridge got Spears pregnant in a Maine Super 8 motel. If anyone else their age did the same thing would be in prison. My civil rights are violated as I'm disgusted by Defendants behaviour, morals, and values. I also hold the parents responsible.

Respectfully Submitted

United States District Court
District of Maine

Jonathan Lee Riches©,
Plaintiff
v.
Ryan Mcfadyen, Matthew Wilson, Breck Archer,
Defendants

Civil No:

### Complaint

42 USC 1983. Defendants are violating my civil rights. They told FCI Williamsburg to lock me in solitary during my birthday 12-27-76 and New Years. Solitary has no hot water, no windows to look out of, I can't get vitamin D sunlight. I get served raw potatoes. I also get a broom once a week, for 6 other days I'm subjected to dirtyness. I seek $16 million.

Respectfully Submitted

United States District Court
District of Maine

Jonathan Lee Riches©,
Plaintiff
v.
Janice Bryant Howroyd d/b/a Entrepreneur,
Defendant

Civil No:

### Complaint

42 USC 1983. Defendants are telling FCI Williamsburg to violated federal minimum wage laws. I make only .12¢ a month sweeping. I twisted my ankle in October, and I don't get workers comp. FCI Williamsburg offers no 401K or health benefits. I'm also subjected to working everyday like a sweat shop, if I don't, I get sent to solitary. This is unconstitutional. I seek $15 million.

Respectfully Submitted

United States District Court
District of Maine

Jonathan Lee Riches©,
Plaintiff
v.
Cheesecake Factory d/b/a cake,
Defendant

CIVIL NO:

### complaint

42 USC 1983. I'm being discriminated against Defendants. They wont hire felons to work at their business, but they hire illegal immigrants instead, this is a Equal opportunity Employer violation. Defendants provide Fci williamsburg with sweets loaded with trans fat. Also the food is deception, they have no American cheese in their cakes, but Iranian cheese, this is unpatriotic. My life is in danger, I need a restraining order. I seek $16 million

Respectfully submitted _____

United States District Court
District of Maine

Jonathan Lee Riches©,
Plaintiff
v.
Daniel Bergstresser; Peter Tufano; John Chalmers,
Defendants

CIVIL NO:

### complaint

42 USC 1983. Fci williamsburg is in violation of child molestation laws. They don't have a sign in their visiting rooms that informs visitors that convicted child molesters are present. Child molesters can roam freely in the visitors Room. This is endangerment. I don't want my family to be near child molests, I ask for a private visitor booth so I don't get contaminated. I seek $23 million.

Respectfully submitted _____

United States District Court
District of Maine

Jonathan Lee Riches©,
Plaintiff
v.
Bumrungrad International Hospital,
Defendant

CIVIL NO:

### complaint

42 USC 1983. I want to fly out of Bangor to the far east to get medical treatment. My civil rights are violated, I can't chose my own medical hospital, instead I'm subjected to horrible treatment at Fci Williamsburg. Doctors wont examine my colon. I have serious health issues that are not being addressed. I seek $33 million. My civil rights are violated

Respectfully submitted _____

United States District Court
District of Maine

Jonathan Lee Riches©,
Plaintiff
V.
Electronic Frontier Foundation,
Defendants

CIVIL NO:

Complaint

42 USC 1983. I seek $10 million. Defendants are working with FCI Williamsburg to spy on my email, my electronic legal work. I'm subjected to roving wiretaps on my phone conversations. I can't have private conversations with my pets, miss cleo, or family, this is a civil rights violation. Solitary is unconstitutional. I also can't join defendants organization because they are discriminating against felons.

Respectfully submitted

United States District Court
District of Maine

Jonathan Lee Riches©,
Plaintiff
V.
Legg Mason Value Trust d/b/a Bill Miller Fund,
Defendants

CIVIL NO:

Complaint

42 USC 1983. Defendants took my money and invested it in Corrections Corp of America "CCA" prisons at FCI Williamsburg which has me in solitary. My civil rights are violated, I have no T.V., no Wall St. Journal, no access to the stock market. I have a right to handle my financial affairs in prison, which is being denied. I need a broker. Legg Mason invested in my torture. Pays dividends with my mind. I seek $21 million.

Respectfully submitted

United States District Court
District of Maine

Jonathan Lee Riches©,
Plaintiff
V.
Jon Heder d/b/a Napoleon Dynamite,
Defendant

CIVIL NO:

Complaint

42 USC 1983. Heder makes fun of my solitary. He tells Jonathan Lee Riches prison jokes. On Wednesdays he serves me sloppy joes, rotten. Thursdays I get cold coffee. Fridays is fried fish off the Maine coast that has mercury. I get sick eating food. Heder & Carrot Top won't serve me veggies. Heder leaves my light on at night in prison. My civil rights are violated. I seek $7.7 million and a restraining order. I fear I'm sliced into a comic strip.

Respectfully submitted

United States District Court
District of Maine

Jonathan Lee Riches©,
Plaintiff
V.

William D. Highland d/b/a The Exponent Telegram President,
Defendant

Complaint

Under 42 USC 1983. Defamation of character. The Exponent telegram wrote a Article about me suing Lisa Nowak the Astronaut in Orange County Florida. This Article contained lies. Nowak assaulted me 43 times, Highland is personally calling and harassing me at FCI Williamsburg to get an interview. Now I'm in Solitary, this is a violation of my civil rights. I seek $6.5 million

Respectfully submitted _____

United States District Court
District of Maine

Jonathan Lee Riches©,
Plaintiff
V.

Jennie Rothenberg Gritz,
Defendant

Complaint

42 USC 1983 & invasion of privacy. Gritz wrote about me in Atlantic Magazine, telling the world I'm at FCI Williamsburg. I'm a covert Identity thief and this article comprimised my safety. Now cyber gangs and computer criminals will send trojan Horses and virus's to me. I seek $15 million for my personal safety

Respectfully submitted _____

United States District Court
District of Maine

Jonathan Lee Riches©,
Plaintiff
V.

Sharon Jayson d/b/a USA Today Reporter,
Defendant

Complaint

42 USC 1983. My civil rights are violated. FCI Williamsburg's drinking and Bathing water is contaminated. The water comes from Maine Deere park distributers. When I wash my face, I get acne, when I drink it I get diarrah and Bowel troubles. I'm in Solitary without medication, this is a civil rights violation. Defendant is liable for not reporting it.

Respectfully submitted _____

United States District Court
District of Maine

Jonathan Lee Riches©,
Plaintiff

Civil No:

V.

Elizabeth Gilbert d/b/a Eat, Pray, Love Author,
Defendant

## Complaint

42 USC 1983, I ordered Defendants Book on Dec 21, 2007, and FCI Williamsburg won't give it to me in solitary. I can't have hardback books and I can't have material that comforts me, this is unconstitutional. Defendants are liable for me losing my reading skills. I seek $15 million

Respectfully submitted

United States District Court
District of Maine

Jonathan Lee Riches©,
Plaintiff

Civil No:

V.

Steve Wynn d/b/a Wynn Las Vegas Casino Resort,
Defendant

## Complaint

42 USC 1983, Wynn uses none of his Revenue to help felons adjust to society. FCI Williamsburg has no treatment or rehabilitation programs. I'm in solitary rotting, if I don't die, I'm thrown to the streets in March 2012. Wynn poisons the minds of felons by taking their money. Wynn avoids federal taxes that should be allocated to the B.O.P, our food budget has no food, this is violating my civil rights. I seek $60 million

Respectfully submitted

United States District Court
District of Maine

Jonathan Lee Riches©,
Plaintiff

Civil No:

V.

Barbra Streisand; Bette Midler,
Defendants

## Civil Complaint

Under 42 USC 1983. Defendants have a Hollywood duty to report prison abuse, instead they waste their time protesting in front of the Bush Maine compound, about troop withdraw and genocide in Darfur. Federal Prisons are a real genocide and they turn their backs on inmates. The mistreatment inflicted on me daily. My civil rights are violated. They don't make movies about the atrocities in prison. I'm a American. I seek $50 million for major pain inflicted on me.

Respectfully submitted

United States District Court
District of Maine

Jonathan Lee Riches ©,      CIVIL NO:
Plaintiff
V.
Central European Media Enterprises d/b/a CETV,
Defendants      Complaint

Under 42 USC 1983. This media outlet want come to America to report prison torture. They are suppose to interview my testimony for Human Rights people in the Hague. The B.o.P. must be brought up on war crimes. I'm kidnapped at FCI Williamsburg, my 6th amendment rights are violated. I can't get a European Passport, I get .12¢ a month, I want it in Euros, I'm not allowed, this is currency manipulation. My civil rights are violated. I seek $6.3 million for neglect.

Respectfully submitted [signature]

United States District Court
District of Maine

Jonathan Lee Riches ©,      CIVIL NO:
Plaintiff
V.
Frank Jude, Daniel Masarik, Jon Bartlett, Lovell Harris,
Defendants      Complaint

42 USC 1983. Defendants are liable for my torture. Today is 12-26-07, I was awoke in solitary at FCI Williamsburg at 6:32 am by a loud vacuum cleaner that banged against my door. A dirt devil left particles in my cell from the crack. This made me sneeze and subjected to chemicals in my lungs. Defendants told them to do this. Solitary is a civil rights violation. I seek $36 million

Respectfully Submitted [signature]

United States District Court
District of Maine

Jonathan Lee Riches ©,      CIVIL NO:
Plaintiff
V.
Dustin M. Fasanella,
Defendant      Complaint

Under 42 USC 1983. My civil rights are violated. Fasanella is a credit manager for Philadelphia Magazine. Someone ordered me a subscription, I never payed, now my name went to ABC Collections. This is Identity theft, I never ordered a subscription, I'm injured, and my civil rights are violated. He's threatening me. I seek $3 million

Respectfully submitted [signature]