# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JONATHAN LEE RICHES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 08-cv-10-P-S |
| | ) |
| JAIME LYNN SPEARS, et al., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER & INJUNCTION

Before the Court are Plaintiff's Motion to Correct the Record & for Separation of Cases (Docket # 3) and Motion for Return of Seized Property (Docket # 4).  These Motions were filed following Plaintiff's receipt of the Court's January 15, 2008 Order, which imposed filing restrictions on Mr. Riches based on his long history of filing frivolous lawsuits.  Having reviewed the Plaintiff's two recent motions, the Court finds both to be meritless and frivolous and hereby DENIES both Motions (Docket #s 3 & 4).

The Court's January 15, 2008 Order gave Mr. Riches ample notice that the Court would no longer tolerate his groundless and inappropriate filings and detailed multiple examples of the same.  Via this Order, the Court reiterates its prior finding that Mr. Riches is quite simply an abusive litigant.  Because his prior frivolous filings cover such a wide variety of targets and subjects, the Court believes that a comprehensive ban is the only appropriate remedy.

Therefore, the Court hereby ENJOINS Jonathan Lee Riches from filing any further motions or other submissions in connection with this case.  The only exception to this ban is a timely notice of appeal.  Plaintiff is hereby notified that any notice of appeal

2

must be accompanied by a filing fee or a properly completed application to proceed <u>in forma pauperis</u> on appeal. Going forward, the Clerk is hereby instructed to refuse to receive, file or docket, without a prior order of this Court, any papers (other than a notice of appeal) submitted by Mr. Riches in connection with this case.

The Court also ENJOINS Plaintiff from filing new cases in this District that attempt to proceed <u>in forma pauperis</u>. Absent an order lifting this Injunction, the Clerk shall also refuse to open any new cases filed by Mr. Riches unless the complaint is accompanied by the required $350.00 filing fee.

**SO ORDERED.**

                                            /s/ George Z. Singal
                                            Chief U.S. District Judge

Dated this 19th day of February, 2008.